

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 20-CR-20025 |
| | ) | |
| MARIO D. TURNER and | ) | Title 21, United States Code, |
| TOMMIE BUIE, | ) | Section 841(a)(1) and (b)(1)(C). |
| | ) | |
| Defendants. | ) | |

### INDICTMENT

### COUNT ONE
### Distribution of Heroin

**THE GRAND JURY CHARGES:**

On or about December 13, 2018, in Champaign County, in the Central District of Illinois,

**MARIO D. TURNER and TOMMIE BUIE,**

defendants herein, knowingly and intentionally distributed heroin, a Schedule I controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

## COUNT TWO
### Distribution of Heroin

THE GRAND JURY CHARGES:

On or about December 20, 2018, in Champaign County, in the Central District of Illinois,

**MARIO D. TURNER,**

defendant herein, knowingly and intentionally distributed heroin, a Schedule I controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

## COUNT THREE
### Distribution of Heroin

THE GRAND JURY CHARGES:

On or about January 2, 2019, in Champaign County, in the Central District of Illinois,

**MARIO D. TURNER and TOMMIE BUIE,**

defendants herein, knowingly and intentionally distributed heroin, a Schedule I controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

A TRUE BILL.
s/ Foreperson
FOREPERSON

s/ Gregory Gilmore

JOHN C. MILHISER
United States Attorney
RER