UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA,  )  <br>　　　　Plaintiff,　　　　　　　　 )  <br>v.　　　　　　　　　　　　　　　 )　　20 –CR-20025  <br>　　　　　　　　　　　　　　　　 )  <br>**MARIO D. TURNER**,　　　　　　 )  <br>　　　　Defendant.　　　　　　　　) | |

## MOTION TO WITHDRAW AS ATTORNEY OF RECORD

NOW COMES Alfred D. Ivy, III and requests leave of this Honorable Court to withdraw as attorney of record for **MARIO D. TURNER** (the "Defendant"), and in support of this motion, states as follows:

1. Severe and irreconcilable differences have arisen in direction and communications between the Defendant and the Attorney make it a practical impossibility for the Attorney to continue to diligently represent the Defendant.

2. The Defendant was sent a copy of this motion at his last known address of:

    **MARIO D. TURNER**
    Moultrie County Jail
    1505 West Hagerman Street
    Sullivan, Illinois, 61951

3. This motion also advises Defendant that to ensure notice of any further action in this case, he should retain other counsel or file with the Clerk of the Circuit Court his supplemental appearance stating an address at which service of notice or other papers can be had upon him, and that this should be completed within twenty-one (21) days after the entering of this Order of Withdrawal.

4. This motion is presented prior to the trial of this case and is not meant to, and will not, cause an unreasonable delay in the resolution of this claim.

WHEREFORE, Alfred D. Ivy, III, respectfully requests that his Honorable Court grant the Attorneys' Motion to Withdraw as Attorney of Record for **MARIO D. TURNER** in this matter.

|  |  |
|---|---|
|  | Respectfully submitted, |
| Date: Tuesday, September 21, 2021 | Mario D. Turner - Defendant<br>/s/ *Alfred D. Ivy, III*<br>Alfred D. Ivy, III - Attorney for Defendant |

CERTIFICATE OF SERVICE

I hereby certify that on Tuesday, September 21, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

| | |
|---|---|
| Rachel Ritzer<br>William Lynch<br>Assistant U.S. Attorney<br>U.S. Courthouse, 201 S. Vine St.<br>Urbana, IL 61802 | |

Date: Tuesday, September 21, 2021                                    /s/ Alfred D. Ivy, III

Alfred D. Ivy, III – JD/MBA
Attorney at Law #6277701
P.O. Box 21038
Chicago, Illinois 60621
Lawmba1@gmail.com
217-480-4893